1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY R. TURNER,                          No.  2:16-cv-2251 TLN CKD P

12                  Plaintiff,

13        v.                                      FINDINGS & RECOMMENDATIONS

14   D. BARRER, et al.,

15                  Defendants.

16

17        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil

18   rights under 42 U.S.C. § 1983.  On October 18, 2016, the court denied plaintiff's request to

19   proceed in forma pauperis and ordered plaintiff to submit the $400 filing fee for this action within

20   14 days.  Plaintiff was warned that failure to submit the filing fee within 14 days would result in

21   dismissal.  Plaintiff has not submitted the filing fee.

22        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

28   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

1    time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2    (9th Cir. 1991).

3    Dated:  November 22, 2016

4                                                                          _____
                                                                          CAROLYN K. DELANEY
5                                                                          UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     turn2251.fnrs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28